IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0065
 ((((((((((((((((

 Mary Angeline Finke, Et Al.

 v.

 ROBERT MORRELL, ET AL.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Joint Motion for Interlocutory Remand, filed on September
25, 2006, is granted in part and denied in part, and this case is ABATED.
 2. The petitions are abated and remanded to the trial court to
consider the parties' partial settlement agreement. It is the
responsibility of the parties to immediately notify this Court about any
changes in status in the settlement proceedings.

 Done at the City of Austin, this 13th day of October, 2006.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk